AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*            DISTRICT OF    NEVADA

SIERRA NEVADA CORPORATION,
a Nevada corportion,

       Plaintiff,       JUDGMENT IN A CIVIL CASE
  V.

                            CASE NUMBER: 3:11-cv-00893-LRH-VPC

DIGIBEE MOBILE LTD.,
a foreign company,

       Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that judgment is entered against defendant, DIGIBEE MOBILE LTD. and in favor of plaintiff, SIERRA NEVADA CORPORATION, in the amount of $1,017,870.11.

| | |
|---|---|
|  April 13, 2012 | **LANCE S. WILSON** |
| Date | Clerk |
| | /s/  M. Campbell |
| | Deputy Clerk |