Matthew B. Hippler, Esq.
Nevada Bar No. 7015
mhippler@hollandhart.com
Holland & Hart LLP.
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: (775) 327-3000
Facsimile: (775) 786-6179
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SIERRA NEVADA CORPORATION, a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DIGIBEE MOBILE LTD., a foreign company,<br><br>Defendant. | CASE NO.  3:11-cv-00893-LRH-VPC<br><br>**AFFIDAVIT OF RENEWAL OF DEFAULT JUDGMENT AGAINST DIGIBEE MOBILE LTD.** |

I, Matthew B. Hippler, being first duly sworn, deposes and says as follows:

1. I am an attorney licensed to practice law in the state of Nevada, and a partner with the law firm of Holland & Hart, the attorneys for Plaintiff/Judgment Creditor Sierra Nevada Corporation ("SNC").

2. Plaintiff/Judgment Creditor: SNC, a Nevada Corporation. There are no successors-in-interest to the Plaintiff/Judgment Creditor.

Defendant/Judgment Debtor: Digibee Mobile Ltd.

3. A Judgment in a Civil Case was entered on April 13, 2012 and an Amended Judgment in a Civil Case (the "Judgment") was entered on April 18, 2012, in favor of SNC and against Judgment Debtor in the amount of $1,017,870.11.

4. The Judgment has not been recorded.

5. There are no outstanding Writs of Execution for enforcement of the Judgment.

6. No payments have been received.

7. There are no setoffs or counterclaims in favor of the Judgment Debtor.

8. The amount due on the Judgment in favor of SNC as of this date, including accrued interest, is as follows:

| | | |
|---|---|---:|
| A. | Judgment | $1,017,870.11 |
| B. | Post-Judgment interest at the legal rate from 4/13/2012 through 1/29/2018 | $321,158.93 |
| | **TOTAL DUE** | **$1,339,029.04** |

9. The last known address for Judgment Debtor: c/o Suresh Chandra Kishorchandra Dholkia, No.7, I Main Road Domlur 2nd Stage, Bangalore KA 560071 IN.

I do hereby swear under penalty of perjury that the foregoing assertions are true. The undersigned affirms that the foregoing does not contain the social security of any person.

DATED this 26th day of January 2018.

_____
Matthew B. Hippler

STATE OF NEVADA     )
                    )ss.
COUNTY OF WASHOE    )

SIGNED AND SWORN to before me this 26TH day of January, 2018, by Matthew B. Hippler.

_____
Notary Public

CYNDY ARNOLD
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 14-14663-2 - Expires July 13, 2018

Holland & Hart LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511

10625015_1

Page 2 of 2